United States Courts
Southern District of Texas
8/02/2021 FILED
SEP 0 2 2021
Nathan Ochsner, Clerk of Court

4:21mc2037

31yrs environmental deficit-inflation Case # ________________

encroachment hate-crime toward Earth(Rons home) and Rons house; pervert means unnatural

Original Petition 2021

31+floods(fld) = predict fld, last wk Aug and 1st 2-wks in Sept; Hur-Harvey 8/26/2017, TS Irrma 9/19/19

Hampton Ron Hanley, Plaintiff-complaining, 3119 Maysel St, H,77080
Ron has NO: phone, US-mail, city-water, trash pick-up. All business in person, face-2-face transaction.
Ron isnt a bankrupt-flood-health failure on-purpose by-design. Ron is to be encouraged(it is fed-law)
FEMA100 = "A Unified National Program for Floodplain Management" = FPM.
FPM-Ron has moral responsibility and police-power over individual non structural FPM. How? Science

vs

City of Houston (COH = H ) + 13 deficit-defendants (jobs for Americans , jobs-4-Am)
COH, Mayor Slyvester Turner, 900 Bagby, H, 77002, 832/393-1000.
Harris County Appraisal Dist(HCAD), Jim Robibson, 13013 NW fwy, H 77040, 713/957-7800, fld tax $1
Fed Emergency Mangmt Agency(FEMA), Dir David Paulison, 500C St SW, Washgton DC 20472
Ann Bennett, Tax Assessor-Collector, PO Box 4622, H-77210, 713/368-2000, property tax = $1.00
Director Spring Branch ISD tax Office at 955 Cambell, H-77224, 713/251-7960, school tax $1.00
FDC-Federal District Court, 515 Rusk, H-77002, 713/250-5500
SDC-State District Court Harris County Civil courthpuse, 201 Caroline, H-77002, 713/368-7150.
HC Probate Civil Court 2, Judge Mike Wood, 201Caroline suite 680, H-77002, 713/368-7150.
#46 President Joe Biden(Lunch Box), 1600 Pennsylvania Ave NW, Washington DC,20500,202/456-1414
Social Securiy(SS), 6401 Security Blvd, Baltimore MD, 21235; Commissioner Mike J Astrue.
Harris County Flood Control(HCFC), 9900 NW Hwy, H-77092; 713/684-4000. Dir Alan Black
COH Municipal Court-6, 1400 Lubbock, H-77002, 911
Public Work (flood-drainage fee-tax $1.00), 600 Walker, 25th flr, H-77002, Dir Carol Hadock
Dept of Neighborhd(DUN); 601Sawyer H-77007, Takasha Francis "she likes the action", $12,500 lien

CHARGES that violate fed-environment planet-Earths and FPM-Ron:
Failure to **mitigate**-stop flooding violates FPM; 30++ floods in 30yrs (1991-2021)
Failure by all fed-state-city agencies and employees to **encourage**-help-support FPM-Ron violates FPM
**Nothing adverse**(negative-harmful) toward FPM-Ron. No jail, homeless, abatement, $12,500 lien, cops
Rights: individual, Constitutional, private-property and jury-right. "it is an individuals-Constitutional
Right for reasonable-use of private-property to be a factor in a public-interest review" = jury
tax: property-flood-school-all taxes receive: relief-incentive-exemption-assighment-adjustmt
courts-jury-public interest review: Rusk cares little so city cares-less: science-fld-law-progress-Earth-jury
non structural = structural in all finances. FPM = Earths-environmt-demise to fed-deficit-infated-reducxtn
nature-science-education-logic-reasoning-facts-thinking-progress-innocent Earth-truth-Science-
Failed-Earth for a losers deficit-inflated slavery paycheck, a warship in every harbor, an oil industry and
burning of fossil-fuels that gave-rise to Earths-demise, global warming, polar ice cap melting,
f looding, drought, ice storm, poisoning the planet
encroachment environment: deficit-inflated-slavery economic-greed-trillion$ gave-rise to Earths-demise
pervert = not natural, religion:COH-mayor view fldg as a blessg and church with no-walls as floodproofg
Earth vs J O B. Gravity-water vs tender-loin, crotch, blow-job cop, humans, get a job-loser-:
bomb-4-oil, prisons, unnecessary war, police harassment,

Nobody needs a planet-Earth; today everyone needs a J O B. Prove it. In 1983 COH stole Central Americas (C-A) bananas(jobs) so the peolple follow the banana-boats to Houston. Under Biden($15/hr campaign-promise-lie) 300+people died of dehydration-starvation walking-circles in a South-Tx desert. Joes 40yr political-career started in 1980 with the C-A Banana-War with 40yr deficit-slavery economics-practice(Reagan-8yrs, Bush1-4yrs, Clinton-8, Bush2-8, Obama-8, Trump-4, Biden-4) = 40yrs + Biden Thats 3-8-8-13-3 = $35trillion deficit + Biden; all based on a lie. All 7-presidents common campaign-promise-LIE was peace, balance a budget, $15/hr and environmt. Pres JimmyCarter(1976) was the last president to balance a budget and Jimmy was the only environment-president. Everyone after Jimmy lied. Reagan signed the environment-law in 1986(by 1986 Reagan was brainless, never read rhe law; Jimmy wrote the environment-law in 1976). Now Biden(2021) wants to steal the environment-credit with a deficit. Jimmy beat Biden there; in '76 Jimmy tied the environment to fed deficit reduction(encroachment greed of $35tril or Bidens-40yr political-career). Biden may be brainless but Reagan was 1st.

Now for your Tx History lesson and the environment; In 1990 COH dumped the environment in Rons-lap. Feds defining the environment as WATER-NATURE-NATURAL-EARTH SCIENCE-REAL. The economy is rigged-4-debt(deficit-inflated-bankrupt slavery economics). Debt makes better workers. Why? Everyone is pressured to succeed-success-more; except Greta Thumberg(13) and Ron-71. Greta story is easy; Greta is 13yrs and really does not need a JOB. Greta does not think with her-crotch, tender-loins, and not pressured to reproduce-children-humans. Age will change this, Greta will join the ranks of the Married with Children and miserable-Christians; Greta will learn(with time) to think with her crotch & cross. Greta had success-early because she had no-baggage, no fed-help, no judge-dismiss. Ron however has always been a single-man with no-children(easy target), worthless fed-law(Rusk), fed-government(6-president) and hostile-losers(5-mayors) that need a JOB and not a planet-Earth. COH #1 export is unnecessary-Christian war for a healthy-economy(COHs-LBJs and USA military-motto is war is good for business and an oil-war is a BONUS; and if the enemy has gold in their teeth(BONUS). ENVIRONMENTS PROBLEM is OIL. Oil business, fossil-fuels, automobile industry and USA military excelarates Earths-demise by burning oil. He who controls the oil wins the war. Hitler lost WW-2 because he ran out of oil(Battle of the Bulge; German-tanks ran-out of gas, war is over, everywon goes home).

RONs PROBLEM has always been Houston-hate(H-hate). In 1986 Ron wanted a house so Ron bought 4-cheap-houses off MLK ST. Ron sold 1-house to a Mxn named Toribo Delgado for $4K. This is when Rons problems started with H-hate. A local black-bum named Doc lived 4-houses away from 1 of Rons homes. Doc started stealing-stripping aluminum-siding, electric-wire, stole-cars stripped, etc. Ron called police and Ron named-Doc; HPD did nothing. HPD excuse was it was a B-W Tang(Black and White Thing). When Doc torched-burned 2-houses next to Rons-house Ron understood the B-W Tang so Ron-ran, sold the other 3-houses to Mxns. Ron ran from MLK St, H-hate-HPD and black-racism to COH-floodg-water. In 1990 Ron bought an empty-lot 3119 Maysel St. in Spring-Branch( lot backed-up to brick-house gully off White-Oak Bayou, a big-ditch). Ron knew he would have to build his own-house but the bayou-flooding-science looked more inviting than whose ass is blackest racism, fire, laughing COH black employees and H-hate MLK St. Ron is a realest; Ron knew he was still-stuck in H-hate, city of the future. To build Ron needed a COH variance($250) from 6-COH Engineers and Architects to answer the ENVIRONMENTAL-question(law passed in 1986). Ron-how is the fed-environmental law defined? COH-environment is defined as water-nature-natural-Earth science-REAL. Ron-COH is going to fail-miserable. COH-how so? Ron-everything about this system is a con based on supernatural, Indian-Treaty, war is good for business, bomb-4-oil, etc. COH-what do you call supernatural? Ron- the Christian-love of the baby-Jesus, walk on water, raise the dead, your reward is in Heaven when you die; and now you want to operate REAL-NATURAL LAW-EARTH SCIENCE. COH-how will U finance? Ron-my savings. COH-everyone wants fed-money, why dont U want fed-money? Ron-fed make U homeless, Indian-treaty 1st step in exterminating-people, make them homeless. COH-we are ready to vote, all in favor say OK. All 6-voted yes, the COH variance was granted and Ron drew the house-plans, got building permits, poured his elevated concrete-slab and built his 2-story house in 4-months(on April 1991, COH STOP-WORK,

deed restriction violation(not too exceed 1-story in height). An old lady(Betty Warwick) 4-houses down the street(at 3107 Maysel) complained about Rons 2-story house. There were 11 other 2-story homes in Langwood Subdivision but they were OK because they were married-with-children and no single-man needs 3-toilets. Ron-non of those 11 other 2-stories are ELEVATED for flooding(not in the fed-flood prone area or Bayou), married OK vs single-man not OK is gender-discrimination and it is 4-toilets not 3. H-hate wins again; COH kept Ron-homeless for 5-yrs(1991-1996). Ron went and talked to the Mayor Bob Lanier and city-council several times, 1st time COH-flooded on 3/4/1992. **Mayor Bob ran-away**, did zero Bankrupt-Bob had 3-failed S&L and gave the country(USA) its 1st $8trillion deficit-inflation. Bob was COH most-popular mayor. Three 2-term limits(6yrs) and Bob was out-of mayors-office so big-hearted Bob released Rons-house in 1996 after 5yrs STOP-WORK; Ron moved-in, occupied his house immediately and has lived their ever since(1996-2021). H-hate always-wins and takes on many forms: Ron has no city-water since 2015 to now(thats 6yrs). No single-man needs 3-toilets(no water means 0-toilets) COH wins again. COH did a 6-day dumpster-abatement(throw eveything of Rons-life away) costing Ron $12,500 lien(COH 2nd attemp to **make Ron-homeless** a 2nd time). Ron has been in COH-jail 10+ times. COH-jail has no: tooth-brush, tooth paste, floss, mouthwash, or shower etc. Once from 3/10/2015 to 5/8/2015 Ron was COH-jailed with no-shower or no-brushing his teeth. USA has always used Indian-treaty FORM OF EXTINCTION: IS MAKE THEM HOMELESS; TAKE AWAY THEIR WATER, ORAL HYGIENE, ROT-OUT THEIR TEETH, MAKE THEM SICK, THEY DIE BEFORE 50, NO SS). USA used this tecknique on the North American Indian(Indian Concentration Camps were later called Indian Reservations), Mxn and today on the COH-homeless.

Ron has lived in COH since 1958(Ron was 8yrs-old, Tx has cowboys and NO INJUNS). Did Ron know COH would cheat-Ron? YES its called TX HISTORY. USA Indian Treaty, Indian Reservation, bad-water, no food starvation, poor health-extermination. Tx used Christian Indian-treaty, Colt-45 six-gun extermination(fast and easy, Sam Colts 1st 6-gun contract was Tx-Rangers !839). In 1836 Tx had over 500 Indian tribes, settlements and family-clans. By 1842 no-Indians in Tx. In 1845 Tx becomes a state-USA. Tx then started to exterminate Mxns well into the 20th century. The last Indians Tx exterminated was 1918. Saddleback-Pass outside of Austin; some farmers would miss 1-cow every now and then; so the local-Church had a barbeque(get to know your neighbors, good for the community and society); the BBQ-smell filled the air and sure enough 3-skinny Injuns showed-up. The Christian-luv, fed the hungry-Injuns and then HUNG-THEM(god work). Christians win again(tuff-luv). Civil War(1860-1865) ended-slavery in USA. Tx kept the slavery-practice till 1867(2yrs longer). Why? In Tx cotton was king and SOMEBODY GOT TO PICK THAT-COTTON. Tx wins again(god work). New sign on 290: LOV GOD, LOV HOU. In 1963, JFK was expecting a Dallas-Motorcade Parade and a 2nd term of PEACE(no war). What JFK got was POPPED, tuff-Cristian luv, LBJ, 10yr War(Nam), Marine-police pig circus. What is the 2nd best-day in H-Tx-LBJs life? Bobby POPped in 1968. Just like his brother-JFK; Bobby was running for president-PEACE and wanted to end the Vietnam-War. Why didnt LBJ run for a 2nd term? LBJ would have died in office; his only chance was JFKs 2nd term would be LBJs 1st and only chance at the presidency and as luck would have it JFK got POPped and LBJ was a shoe-in; Houston wins again. Jackie left the country. Why? Jackie-they are killing Kennedys; she had 3(2-kids & herself); good-bye. LBJ died in 1972; VW was over in 1973 and Laos-Cambodia-Nam fell 1974. H-Tx-LBJ still give full-credit for VW to JFK. Tx wins again

CHARGES: How city-state-fed failured-FPM. Typical Indian-treaty paper-chase; always served slavery
MITIGATE FLOODING means stop-flooding. COH has had 30++ floods in 30yrs with 1st fld in 3/4/1992
ENCROACHMENT= human: greed-trespass-murder-steal-exterminate; floodwater encroached the COH
FED ENVIRONMENT FPM = H2O, nature, natural law, Earth Science, real, etc NO: god-crap-blessings -jesus saves-blow job cops-GI blow Joe Marine pig circus-worthless laffing city-black-mayor lawyer he cannot handle the TRUTH-honorable judges get a job-loser- LUV GOD, LUV HOU 290 Billboard
FPM ENVIRONMENT PROBLEM = burning of fossil-fuel, bomb-4-oil, global warming, polar-ice-caps melting, climate-change, war is good-4-business,, unnecessary-Christian war for a healthy COH-economy, a warship in every harbor, god work, fighting terrorism worldwide, auto-industry, stupidity, bust-a-move-Biden 44yrs late after Jimmy Carter, Bidens deficit- encroachment-greed(trillions), etc

FEDERAL DEFICIT REDUCTION = do not operate bankrupt, in-debt, inflation, deficit, slavery, organized crime economics; they do not teach deficit in school(balance-a-budget is taught). City-state fed gravitate toward deficit gravey-train because they have guns, militry-police pig circus(tender-loin crotch mentality), lock-up, legal, get a job losers: GI blow-Joe become blow-job cops).
ELEVATE = raise: life-house-property above and out of the floodwater, hate and ditch called Houston.
INDIVIDUAL RIGHT is not a problem. Married with children-breeders-family bagage-city-state-fed are not an individual and are a problem. Ron is a single-man, no kids Ron chose zero-flood by elevatg 6"
NON $TRUCTURAL = $TRUCTURAl in FINANCING: Stuctural gets all the money-trillions; non structural gets zero(money-help-support-encouragement). Non structural has no voice, no jury just honorable judge dismiss( Rusk saving FPM planet-Earth is like saving a marriage with a limp-dick)
NON STRUCTURAL is the FUTURE for FPM: Individual non-structural Ron is not a bankrupt-floodg-healthcare failure on-purpose and by-design. Ron elevated his house and mitigated-flooding. How do you get Science past a deficit-trillion-$$-career of loser judges(Rusk) who do not need a planet-Earth.
SCATTERED-FRAGMENTED-UNCOORDINATED: city-state-fed chose to operate in this manner, Ron calls it confusing; a deficit-job-4-losers; fed-environment public planet-Earth. Non structural Ron.
ENCOURAGE the individual-Ron in everything; all tax relief-ajustments-incentive-assignment-exemption, all courts, all fed-state-city agencies and employees encourage-help-support Ron.
NOTHING ADVERSE = harmful-negative-kill-hate. Ron is jailed, homeless, abatement, lien, taxed, etc.
PUBLIC INTEREST REVIEW = jury. 515 Rusk cares nothing for fed-environment law(no jury) so city and state care even less for FPM. Rusk inaction declares open-season on FPM-Ron, his house, his home-Earth. Environmentalist-feds-judges-marines-blow job cops do not need a planet-Earth; everyone would rather have a job-family-tender loins-crotch mentality-career-etc. Everyone the world knows the planet is in peril but who steps-forward? Greta Thumberg a 13yr-old got-notiriety by-not not using fed-job-family-career-plan and Ron, who is stuck with a worthless: fed-law-judges-public. COH #1 export is unnecessary-Christian war for a healthy Houston-economy, oil-war(BONUS), bomb -4-oil, war is good for business, jobs for Americans, boots on the ground, fighting terrorism-worldwid
REAL-REALISTIC-REALITY-REAL ESTATE = no:god crap, religion, spiritual, blessings, supernatural, No-stop with 290-billboards- LUV GOD, LUV HOU, oppression, tyranny, Marine-police pig-circus,..
NATURE, NATURAL LAW = no:super natural, walk-on-water, raise-the-dead, Christian-luv-foolishness
POLICE POWER = individual non structural FPM-Ron who is not a bankrupt-flooding-healthcare failure on-purpose & by-design; for a losers-paycheck. Example: before U can have a 10yr failed-war(Nam) you have to have a failed Dallas motorcade parade and no-one knows who is the architect of the VW is or who popped JFK in 1963? What is 2nd best day in H-Tx-LBJs life? Bobby popped 1968. Welcome-2-H; treat you like a Kennedy? With LBJ in the White-House why did Jackie-flee-USA?
MORAL RESPONSIBILITY = right from wrong, good from evil or just knowing your ass fron a hole in the ground. Do people need a planet-Earth or a J O B, Mars? Lets ask the think-tank NASA? Just how important is it to put a black-man and 2-white women(no mama, no drama) on Mars for 500-days. Ron needs FPM fed-environment planet-Earth and has both: police power & moral-responsibility. Human-encroachmt-greed(crotch) in the form of married with children and miserable, Christian(tender loins, pig circus) have deficit-inflated slavery economics only to over-breed a population(7-billion), war is good for business, Earths-demise, environmental-failure, oil-war(BONUS),etc. Individual non structural-Ron is suing for the innocent-FPM fed-environment planet-Earth BUDGET vs BLOW J O B-cop , Marine-police pig-circus, B & W tang, black-lives matter, whose ass is blackest, bomb-4-oil, a war-ship in every harbor for peace(USS Maine sank in Havana-harbor 1898), unnecessary-Christian war for a healthy Houston economy, etc.
Lets answer: ENVIRONMENT-SCIENCE climate-change global-flooding vs if Civil War ended-slavery 1865 whose going to pick-all-that Tx-cotton 1865-1867 ? or the eternal-quest for whose ass is blackest, or Mayor Turners gospel-legal mind(floodg is a [structural gets all the money$] blessing) , or a no seat-belt traffic-violation ; etc.
Ron removes jury-trial from COH Mucipal Crt to fed-crt 515 Rusk because Rusk does not do jury. Rusk does not need a planet-Earth; Rusk has-make a career of dismissing and locking-out Science

Earth vs Mars; Lets ask NASA? Stupid-people with a child-like innocence to ride-taxpayers. In 1990 COH gave Ron Earths FPM-environment then Indian-Treaty Rons-house(homeless 1991-96). Environmentally COH and 515Rusk-sucks environmeatally and willingly for a losers-paycheck.(nasa). The 1st form of COH-death is: HOMELESS, lock-up, HEALTH(water-food). COH-jail is exterminatn. SCHOOL TAX-EDUCATION-SCIENCE-ENVIRONMENT-Fed law Flood Plain Management(FPM): The problem with the 14-defendents(loser needs a paycheck not Earth) ; it is stupity, brainwash-dumb, Christian. Science has always had a problem with G O D. God-gun-gov always win tax-free, but FPM excluded-god, god-crap, Jesus-saves, religion OUT of the environmt. God did not make FPM-cut. Truth-loses, the innocent are jailed and locked-up. Prisons in Tx, big-business and Tx-proud at locking-up the innocent. Education sponsered FPMs 10yr study and the FEMA100, FPM environment-bill(passed in 1986). COH frauds FPM-Science: education, logic, common sense, reasoning, facts, rainfall history, nature, real, no god-crap,what is more innocent than Earth(do not ask the Honorable-Judge Paycheck Career), LUV GOD, LUV HOU billboard on 290, etc..

JURY DEMANDED vs loser needs a J O B. We all need jobs; deficit-inflated slavery economics dictates-so for 40yrs now. The two best-presidnts in Rons life-time were: those 2-Navy-boys: JFK & Jimmy Carter. Why? Both-served and made-same campaign-promise: peace, no-war, balance a budget the way they teach in school and 1-term(did not stink-up for 8yrs). Ron thinks Jack knew LBJ was a Tx-ambush and Iran took 50-Am-hostiges for 400-days as political-prisoners only to be released(1980) to Reagan on his 1st day in office. Jimmy knew they were not going to kill-him(to close to JFK-assasinatn) so Jimmy-#38 wrote-architect the environment-law 44yrs in front of Bunker-Biden-#46.
Jimmy tied the environment(water-real) to human-encroachment(deficit-greed-war-oil BONUS) with non structural = structural in all financing tied Earths-environment vs deficit, fossil-fuels, oil war(BONUS). FPM-Earth the innocent with FPM-Ron vs COH-Rusk hate-aimed at Ron & COH destroys the planet. Feds use the COH to do their dirty-work(Nam); COHs #1 export in unnessecary-Christian war for a healthy-Christian Houston-economy, or war is good-4-business. NASA will punch-holes in the Ozone and waist-taxpayer-money to lanch a black-man and 2-white-women(no mama, no drama) into space for 500-days. Organzd-crime. USAS oil-industry is what is killing-Earth; oil-war(BONUS). USA is busted.

JURY REVIEW FPM fed-law states "It is an individuals-Constitutional-Right for reasonable-use(stop-flooding) of Private-Property(Rons-home-Earth) to be a factor in a public-interest-review" = Jury.

Bidens 40yr career started with 1980-Reagan-Central America(CA)Banana-wars and deficit-inflation-slavery economics. Then Bush-$8tril Iraq1, Clintons UN ethnic-cleansing wars: Rwanda & Croatia, Bush-Jrs $8tril Iraq2, Obama $13tril, Trump $3tril, Biden $15tril(stop Lunch-box). U also get the ENVIRONMENT, climate-change, global-warming, polar-ice-caps melting, floods, drought, ice-storms, poisoning, unnecessary-Christian wars, oil-war(BONUS), COH-hate, etc., Name 2-famous people that visit-Houston and were pronounced-dead, next-day? JFK-POPped and Michel Jackson-the king of POP. City-State do the dirty-work for the fed: scattered-fragmented-uncoordinated = confusing; mucho floodo Tax: relief-adjustments-incentive-assignment-exemption for the individual-non structural-FPM-Ron provided Ron or Greta is not a bankrupt-flooding-healthcare failure on-purpose and by-design..
If Greta(2019), Biden(2021) r-good for the environment, so is Ron(1990). Rons-trail 20suits in fed-crt.

WHAT IS FED-AGENT FPM-RON suing for in accordance with fed-law; FEMA100(pass in 1986)? COH Municipal-court(Mc) can rig-up a jury so easy; Ron would like Mc-case removed to fed-crt; Rusk. Ron does not need necessary poor-papers for Mc but Ron will provide poor-papers for fed-crt.
Rons tax-exemption for all taxes = $1.00/yr. Ron is not god-gun-gov whose taxes = $0.00/yr for floodg. Non flooding non structural FPM-Ron = structural flooding in all finances = fed deficit reduction = Reagan-?, Bush1-$8trillion, Clinton-?, Bush2-$8tr, Obama-$13, Trump-$3, Biden-$? = $32tril ???; so FPM-Ron is suing for an environmental-budget = $100billion(not trillons).

31yrs environmental deficit-inflation Case # ________________ 8/02/2021

encroachment hate-crime toward Earth(Rons home) and Rons house; pervert means unnatural

Necessary POOR-PAPERS

31+floods(fld) = predict fld, last wk Aug and 1st 2-wks in Sept; Hur-Harvey 8/26/2017, TS Irrma 9/19/19

Hampton Ron Hanley, Plaintiff-complaining, 3119 Maysel St, H,77080
Ron has NO: phone, US-mail, city-water, trash pick-up. All business in person, face-2-face transaction.
Ron isnt a bankrupt-flood-health failure on-purpose by-design. Ron is to be encouraged(it is fed-law)
FEMA100 = "A Unified National Program for Floodplain Management" = FPM.
FPM-Ron has moral responsibility and police-power over individual non structural FPM. How? Science

vs

City of Houston (COH = H ) + 13 deficit-defendants (jobs for Americans , jobs-4-Am)
COH, Mayor Slyvester Turner, 900 Bagby, H, 77002, 832/393-1000.
Harris County Appraisal Dist(HCAD), Jim Robibson, 13013 NW fwy, H 77040, 713/957-7800, fld tax $1
Fed Emergency Mangmt Agency(FEMA), Dir David Paulison, 500C St SW, Washgton DC 20472
Ann Bennett, Tax Assessor-Collector, PO Box 4622, H-77210, 713/368-2000, property tax = $1.00
Director Spring Branch ISD tax Office at 955 Cambell, H-77224, 713/251-7960, school tax $1.00
FDC-Federal District Court, 515 Rusk, H-77002, 713/250-5500
SDC-State District Court Harris County Civil courthpuse, 201 Caroline, H-77002, 713/368-7150.
HC Probate Civil Court 2, Judge Mike Wood, 201Caroline suite 680, H-77002, 713/368-7150.
#46 President Joe Biden(Lunch Box), 1600 Pennsylvania Ave NW, Washington DC,20500,202/456-1414
Social Securiy(SS), 6401 Security Blvd, Baltimore MD, 21235; Commissioner Mike J Astrue.
Harris County Flood Control(HCFC), 9900 NW Hwy, H-77092; 713/684-4000. Dir Alan Black
COH Municipal Court-6, 1400 Lubbock, H-77002, 911
Public Work (flood-drainage fee-tax $1.00), 600 Walker, 25th flr, H-77002, Dir Carol Hadock
Dept of Neighborhd(DUN); 601Sawyer H-77007, Takasha Francis "she likes the action", $12,500 lien,

Rons-income is a monthly Social-Security(SS) check = $871/ monthly = $10,452/year.
Ron owns his own house at 3119Maysel St, Houston 77080; beat 30+floods
Ron has 2-bank accounts: Amegy bank = $700 and Bank of America = SS check = $1500.
Ron drives a 2008 Toyota-Scion.; 260,000miles
Rons montly-expenses = $900/month.

Any additional poor-papers the fed-court produces Ron will gladly fill them out. Ron will pick-up the papers from 515Rusk-clerk. Ron does not receive US-Mail so do not mail Ron anything; Ron can pick-up any legal-papers from 515Rusk(all fed-state-city-government agencies and employees will encourage-help-support Ron).

COH-hate; tyranny, oppression, cruel, terrorism, gun, black racism, fire, homeless, bomb-4-oil, prisons, lock-up the innocent, deficit-inflated-slavery economics, big military worldwide, jobs-4-Amer, warship-in-every-harbor, Indian-treaty, paper-chase, Marine-police pig-circus blow-job cop USA, oil-war(BONUS)
vs
Ron individual non structural floodplain management Ron for fed-environment planet-Earth-innocent. Ron is suing for $100billion environmental-budget, climate-change, water, global-flooding, ice-caps gone, global-warming, fossil-fuels, sea-level rise, poison-planet, bomb-4-oil, praise-Jesus,

Ron Hanley 9/2/2021

Civil Case # ______________ 08/02/2021

Plaintiff: Hampton Ronald Hanley(Ron) receives no-mail, Ron needs fed-jury, fed-law; not fed-junk mail or 4-fed junk judges-dismiss

Ron

vs

Defendant: City of Houston(COH) + 13 other defendants = COH pig circus, its a job for losers-cops-crts

New notice to Reasign Rons-case on Federal-Environmental Science FEMA100 to a **public-interest review jury-trial** with a new-judge that does not reflect the likes of Judge Hughs Order on 08/05/2009 dismissing Rons-Case or Hughs Preclusion-Order against-Ron not obtaining advanced-approval or permission

In the interest of Science, Earth, Progress, a 34yr old Environmental Law that passed in 1986 that has yet to be tested, a new Environmental President Joe Biden(44yrs late) is riding in on President Jimmy Carters coat-tales, the yearly fed tax-code exemption(fed-state-city), Constitutional-Private-individual-non structural floodplain management Rights and Education(not everyone can operate in a deficit-bankrupt-flooding-healthcare failure manner on-purpose and by design[they do not teach it in school]).

FEMA100; "A Unified National Program for Floodplain Management"(FPM) states "it is the Constitutional Right for reasonable use of Private-Property to be a factor in public interest review". According to FEMA100; Ron built his-house to not flood by ELEVATING. Rons-house has beaten 30+flds in 30yrs with zero-help from; COH, Tx, USA, federal help, 515 Rusk, 5-mayors, 6-presidents,...etc. FPM-Ron is to be encouraged by all fed-state-city agencies and employees. Nothing adverse(negative-harmful-poison-jail) is to happen to FPM-Ron.

If a 13yr old Greta Thumberg can grow a pair, drop-out of 7th grade-school, beat-feet it on her bicycle to gain the worlds-admoration-sympathy(minus USA) and win a Nobel-Peace-Prize to save the planet-Earth then Ron should be able to MAN-UP with a 34yr old fed-law in a fed-court(515) with a fed-jury and any kind of a fed-judge will do.

It is simple; Hughs J O B vs Stupidity(flooding-drought-starvation-poison-ice storm) stupid

Clean-out your desk stupidity and hate vs Earth Science innocent; wants to progress past 515-poison.

FEMA100 states predict future-floods? Ron has predicted 4-storms: 8/26/2017 Hur Harvey, 9/19/2019 TS Irma, 8/26/2020 Hur Whatever and Ice Storm 2/15/2021. It is dumb-luck mixed-in with fed tax-law exemp tion. FEMA100 states tax relief-adjustments-incentive(exemptions) will ge granted the FPM-individual-non structural-ELEVATED success for not being a deficit-bankrupt-flooding-healthcare failure on-purpose and by design(like COH-Tx-USA-covid). Ron puts in for property-tax protest of $1 each year, Ron gets denied, then Ron seeks-speach before mayor-city couincil lawsuit permisssion on Tuesday, Ron is denied lawsuit-permission, then 5days later Hur Harvey and TS Irma hit on the same week. Ron used that time-frame of 8/26 to 9/19 to predict 8/26/2020 Hur Whatever and this ice-storm hit on 2/15/2021 and Ron put in to Appeals Court(AC) on 2/12/2021(4 days later-ice). Ice is just frozen-water. Ron talked to deputy-clerk Christina Rachel on 2/23/2021(Tuesday) about the ice-storm. Ron is writing this to clear the record s ice-storm 2021 was **nothing**: 1inch of snow on the road, no-downed power-lines, no-downed-trees from frozen ice-cycles, no power-truck caravans working, did not lose-power til the second-day when the grid started to practice rolling brown-outs. This ice storm was not worth the trouble or hype. The only people that were ready for the ice-storm foolishness were the homeless(just another-day like every-day thank god no-rain). When asked to go to George R Brown Convention-Center(to get out of the cold), they said NO-thank-U. Homeless say " if U shake-it more than 3-times, your just playing with it". Ron says "U see one Dallas Motorcade Parade, U have seen them all". Ice-storm 2021, another Tx-con, abuse-of-authority.

New Judge signs here. ____X________________________

Ron Hanley 9/2/2021

Civil Case # ______________ 8/02/2021

Plaintiff: Hampton Ronald Hanley(Ron) receives no-mail, Ron needs fed-jury, fed-law; not fed-junk mail or 4-fed junk judges-dismiss

Ron

vs

Defendant: City of Houston(COH) + 13 other defendants = COH pig circus, its a job for losers

Motion Seeking Advanced-Approval Permission
from the Honorable Judge Hughs at 515Rusk. Houston(515)

The Haunting: for 30+yrs and 30+floods Ron-seeks a JURY-trial for Science of fed environment only to find failure to receive advanced permission from Hughs and his throw-down judge buddies(like a throw-down-weapon at a bad-cop shooting). Time and failure march-on; another-year, another failed tax-protest for the ever-illuslve FEMA100: Earth Science Encouragement fed-environment no-flood tax exemption of $1. All Ron has achieved is Earths-demise for a worthless-economy sponsered by 515Rusk. Ron will-not persue yearly tax-protest at Harris County Apprasial District(HCAD). Why? Ron cannot get into the building(a beeper in the garage for over half an hour is HCADs-best). Also, security is getting hostile (probable all that military training at fighting-terrorism-worldwide just seems to stink-up HCAD). Ron calls it black-racism; it has always served this great-nation(Tx-USA); just another throw-down weapon by uniformed-buddies. Ron will not bother with HCAD-anymore, 30yrs with no results is plenty.

30yrs at trying-unsucsessfully to get a jury-trial from 515 is no better(than HCAD property-tax protest) but their is results. What started-out as just a bankrupt failed USA-economy has progressed from: BANKRUPTCY-deficit-inflated-slavery-FLOODING-drought-STARVATION-poisoning-ICE STORMS worldwide. It is predictable through a large military-police, a legal-system not worth a jury, a bunch of gov-employees that need a J--O---B and not a planet(2-examples: Ron calls it the killer-nurse syndrome or the ice storm 2021 the power-grid failed-miserable but we landed on-Mars). NASA likes to punch-holes in the Ozone but it is worth-it(people froze to death or carbon-monozied poisoning but NASA got-off to it). You know: Moon-Mars and beyond while Earth is in the dark(just another throw-down weapon at a bad-cop shooting; BUDDIES). Ron has predicted the last 3huricanes: 8/26/2017 Harvey, 9/19/2019 TS Irma, 8/26/2020 Hur Whatever and Ice-Storm 2021.

Ron would like to progress with Earths-Science fed-environment **encouragement** FEMA100 lawsuit and to do that a JURY-trial is demanded but first Ron has to ask the Honorable Judge Hughs to find it in his deficit-slavery economic Christian-heart to grant Ron-permission to proceed. What do you say judge 30yrs of dismiss mixed with 5yrs of homelessness under Mayor Bob Lanier(1991-1996) is plenty-enough; lets try an ole-fashion: JURY-demanded. Ron put in for New Notice to reasign Rons Environmental Case with a new-judge but it sure would mean a-lot to Ron if he got Hughs-OK-2-proceed-permission. Even bank-fraud Mayor Bob Lanier(3-failed S&L) signed Rons STOP-WORK ORDER after 5yrs of homelessness.

Ron Hanley 9/2/2021

______________________ sign here if Lynn Hughs is a boy

______________________ sign here if Lynn Hughs is a girl.

Civil Case #_____________ 8/02/2021

Plaintiff: Hampton Ronald Hanley(Ron) receives no-mail, Ron needs fed-jury, fed-law; not fed-junk mail or 4-fed junk judges-dismiss

Ron

vs

Defendant: City of Houston(COH) + 13 other defendants = COH pig circus, its a job for losers

Motion for new notice in appeals-court 5th circuit, New Orleans

Slyvester and Rons journey for science and the ever illusive fed-law
32yrs of nothing; its sad the courts are not worth a jury; just another Dallas motorcade parade. USA.
Ron really likes the way Greta Thumberg did it; NO FED FOOLISHNESS; no: unnecessary poor-papers.
6-presidents; 5-mayors, trillion-dollar worthless; they know how to run a deficit(gun and crotch-mentality
Ron pushs science but all you get is Slyvesters and Kamalas-journey or more-pictures from space(NASA)

JURY demanded; 32yrs quit-lying. USA sucks-environmentally. Earth is a dead-planet like the other-8.

Any judge can sign boy or girl:________________________________

To: Christina Rachel -deputy clerk, 504/310-7651 in Appeals Crt for 5th circuit, 600 S Maestri Pl, New Orleans, La 70130

In 1976, the fed environment planet-Earth law(FEMA100 passed in 1986) points the blame squarely at fed-state-city; they handle floodplain management(FPM) as scattered-fragmented-uncoordinated = confusing(1976 to now2021). Thats 44yrs ago and nothing has changed. Ron has been dealing with confusion for 30yr, since COH just dumped-the environment in Rons-lap. COH is a paper-chase of deficit-bankrupt-stupidity. Nobody needs a planet-Earth but everyone needs a J O B. Why? Everyone in Married with children and miserable-Christian(take care of the small-things and leave the heavy-lifting to god). FEMA100 left god-crap, Jesus-saves and structural out of the fed-law, less confusion, less greed. Earths #1 environmental-problem is human-encroachment-greed; everyone needs a JOB-Mars-NASA and nobody needs Earth. Greed; USA-politics, deficit gravey-train for 40yrs(Bidens political-career). FPM law is for the individual; not someone with bagage(married and miserable are the problem). Fed-environment planet-Earths future is with the individual, non structural FPM(Ron). Why? Ron is not a bankrupt-flooding-healthcare failure on-purpose and by-design. COH is according to FEMA100. Prove-it. Before U can have a failed-war(Nam) U have a failed Dallas Motorcade Parade. Everyone knows Earth-nature is feeling the pressure and nobody can do anything to help; to greedy. Now the problem points to OIL, burning of fossil fuels(Ron has 6-junk-cars; how many do U have-Christina)? COH #1 export is unnecessary-Christian-War for a healthy-economy(oil-war, BONUS).
RON NEEDS A JURY(no more honorable judges-dismiss, lockout, untimely manners, unavailable, poor papers, paper-chase Indian-treaty). Lets hear a case on fed-environment planet-Earth FIRST; then we can put a black-man(an 2-white women) on Mars for 500days, bomb-4-oil, warship(USS Maine, USS Cole) in every harbor(peace), a Marine-police(Nam) pig-circusworldwide(serve & protect), get a job loser, lock-up the innocent, ...
FEMA100 states "it is the Constitutional-Right for reasonable use of Private-Property to be a factor in a public-interest review" = jury. COH treats Ron like a Kennedy. What is 2nd best-day in H-Tx-LBJs LIFE? Bobby POPped in 1968. About the environment? Somebodys got to pick that-cotton? Where would we be NOW if Jimmy-Carter, Navy-boy, did not architect the fed-environment planet-Earth in 1976, 44yrs ago? **Jimmy** tied Earths-climate 2 Human-encroachment-greed 2 deficit(trillions)-inflated-economics(**Biden**), 2 fossil-fuel burn. Misery-luvs-company: crotch-mentality, marine-police pig-circus, tender-loins, gun, GI blow-Joe 2 blow-job-cop, human-encroachmt, get-a-job loser, "fed-deficit-reduction", extermination

Ron Hanley 9/2/2021

Municipal Crt(MC) Case # M-32068940 no seat-belt violation(tv) 8/02/2021 rain-fld again

City of Houston(COH) – Plaintiff, COH MC-6, 1400 Lubbock, on 8/4/2021 at 8AM
vs
Hampton Ronald Hanley-Defendant- Tx Driver Lc # - 05037743- Ron wants jury-trial at 515Rusk(Rusk)

Remove Case # M-32068940 (tv) to Fed Appeals Crt(AC) in New Orleans-please

to the honorable judge(anywhere); Ron represents fed-environment planet Earth and Rusk does-not. Ron request the transfer of a COH-tv to Fed Appeals crt in New Orleans. Why? COH has no problem issuing Ron a: tv, a jury trial, jail, a criminal-record and fed law. What is more innocent than Earth? Not-COH.

In 1990, COH hired-forced on Ron Fed Law, fed environment for planet-Earth. "FEMA100" = " "A Unified National Program for Flood Plain Management"(FPM) or FPM = FEMA100 = fed law. FPM states: mitigate-STOP flooding, real(no gods), and individual-FPM(Ron) is to be encouraged-`everything.

In 1990 Ron built-elevatred his house for FPM. In 31yrs Rons-house has never flooded = no FPM violation. COH floods-violates every time it rains(1st flood in 3/4/1992, Mayor Lanier); thats 31yrs so figure 31++floods. So many floods Ron does not even count flds-anymore. COH violates FPM, help.

COH is a bankrupt-flooding-health care failure on-purpose and by-design. COH #1 export is unnecessary-Christian war for a healthy Houston-economy. Mayor Slyvester Turner considers Houston-flooding a blessing for fed-relief money but FPM states keep it REAL-reality-realistic(no god crap-blessing). Turner is a man-of-god. His Church with No-Walls is at 5314 Bingle. Why no walls? It floods.

Why AC and not Rusk? Rusk has Ron locked-out; Rusk does not do jury, fed-law or tax; Ron list Rusk as a defendant. Rusk does not care about fed law, so COH-Tx care-even less. FPM states it is the individuals "Constitutional Right to reasonable-use of private-property to be a factor in public-interest review" = jury COH Municipal crt does jury(joke) and Dallas-motorcade parade failure which results in a 10yr LBJ-Vietnam War(VW) failure(unnecessary-Christian War for a healthy Houstian economy). Why? Builds character like General LeMay he wanted to "nuke Cuba back to the stone-age" and JFK said "no" but under LBJ; LeMay-shines. LeMay said "he like the smell of Napalm in rhe morning; frying-up some Charlie early". Remember the photo of 10yr-old Vietnamese-girl running-naked down the street while here village got Napalm-bombed behind here. That was LBJ giving LeMay his chance. The VW peace-protest chant "How many babies did you kill to day; LBJ". Six-months after they POPed-JFK in Dallas-1963, LBJ had 1/2million Marines in Nam; one small problem, nobody would fight; not North or S. So LBJ tourched 400-villages; in the S; the people we were defending. Like JFK; S-Vietnam never saw it coming. Small problem the US Marines had to fight both N & S. For 10yrs they told LBJ the VW was "NOT win-able" but thats OK, unnecessary-Christian war for a healthy Houston economy. What is 2nd best-day in H -Tx-LBJs life? Bobby poped in 1968. Go Nam-LBJ. JFK-1963, Bobby-1968, LBJ-1971, VW-1972.

Why does Ron file lawsuit each-year. FPM for the individual-surfaces yearly under tax-code-relief; flood-tax, school-tax, drainage-fee, all taxes. FPM states "nothing adverse toward the individual and tax relief-assignment-incentive and non structural(Ron) = structural in all finances. Non structural-Ron is FPMs future. As it turns-out structural gets all the money. Prove it? Nobody cares about the environment; everyone wants a J-O-B and nobody wants planet-Earth; except a 13yr old Norway-girl, Greta Thumberg and Ron. Ron has made lawsuit-documentation in fed-crt(Rusk) since 1996. In 1976 Pres Carter tied fed-environment planet-Earth to fed deficit-inflation slavery economics. Environmentally Biden is 44yrs late. Bidens 40yr political-carreer is tied to a deficit-inflated slavery gravey-train part. Reagan-Bush1-Clinton-Bush2-Obama-Trump-Biden all use the environment-lie to get elected; did zero. Ron trades a seat-belt-tv for fed-environment planet-Earth. What is more innocent than JFK and planet-Earth? Bomb-4-oil COH.

**SPRING BRANCH ISD TAX OFFICE**
**T.D. MORAWIEC, Tax Assessor - Collector**
Physical Address: 8880 Westview Drive, Houston, TX 77055
Mailing Address: PO BOX 19037, HOUSTON, 77224
Phone: (713) 251-7960 Fax: 713 251 9829
www.springbranchisd.com

# Tax Receipt 08/03/2021

**Property Account Number:**

**0841380000162**

ZOZAYAH

**OWNER NAME AND MAILING ADDRESS**
HANLEY RONALD
3119 MAYSEL ST
HOUSTON TX 77080-3617

**PROPERTY DESCRIPTION**
3119 MAYSEL ST
LT 162 BLK 6
LANGWOOD SEC 2

ZOZAYAH

RECEIPT #: 7010417 CHECK #: CASH RCPT 20828 DEPOSIT #: 202108033602-2021/zozayah

| YEAR | TAXING ENTITIES | TAXABLE VALUE | TAX RATE PER $100 | DATE PAID | BASE TAX | PENALTY & INTEREST |
|---|---|---|---|---|---|---|

**ESCROW AMOUNT** **$83.08**

**TOTAL PAID** **$83.08**

PAID BY:HANLEY HAMPTON RONALD

Spring Branch Independent School District
**Tax Office**

NO. **20828**

Drawer 050 3774

**RECEIPT** DATE 8/3/21

RECEIVED FROM Hanley Hampton Ronald $ 83.08

eighty three 08/100 DOLLARS

APPLIED TO ACCOUNT NUMBER(S) 084 138 000 0162

AMOUNT TENDERED: 100 —

CHANGE GIVEN: 16.92

RECEIVED BY [signature]

CURRENCY BREAKDOWN

| TENDERED | | OUT |
|---|---|---|
| | 1's | 1 |
| | 2's | |
| | 5's | 1 |
| | 10's | 1 |
| | 20's | |
| | 50's | |
| 1 | 100's | |
| COIN | | .92 |

TO THE HONORABLE 8/3/2021
EDUCATION PAID FOR THE FEMA 100 LAW STUDY WHICH COMES UNDER SCHOOL TAX. TIES THE ENVIRONMENT TO PROPERTY-TAX AND WATER - FLOODING; FLOOD-TAX AND DRAINAGE - FEE (TAX). ALL TAXES SEEK RELIEF- OR ASSIGNMENT = #1.00

[signature] 9/2/2021

31yrs environmental deficit-inflation Case # ________________ 8/02/2021

encroachment hate-crime toward Earth(Rons home) and Rons house; pervert means unnatural

Original Petition 2021

31+floods(fld) = predict fld, last wk Aug and 1st 2-wks in Sept; Hur-Harvey 8/26/2017, TS Irrma 9/19/19

Hampton Ron Hanley, Plaintiff-complaining, 3119 Maysel St, H,77080
Ron has NO: phone, US-mail, city-water, trash pick-up. All business in person, face-2-face transaction.
Ron isnt a bankrupt-flood-health failure on-purpose by-design. Ron is to be encouraged(it is fed-law)
FEMA100 = "A Unified National Program for Floodplain Management" = FPM.
FPM-Ron has moral responsibility and police-power over individual non structural FPM. How? Science

vs

City of Houston (COH = H ) + 13 deficit-defendants (jobs for Americans , jobs-4-Am)
COH, Mayor Slyvester Turner, 900 Bagby, H, 77002, 832/393-1000.
Harris County Appraisal Dist(HCAD), Jim Robibson, 13013 NW fwy, H 77040, 713/957-7800, fld tax $1
Fed Emergency Mangmt Agency(FEMA), Dir David Paulison, 500C St SW, Washgton DC 20472
Ann Bennett, Tax Assessor-Collector, PO Box 4622, H-77210, 713/368-2000, property tax = $1.00
Director Spring Branch ISD tax Office at 955 Cambell, H-77224, 713/251-7960, school tax $1.00 ← REFUSED SIGN
FDC-Federal District Court, 515 Rusk, H-77002, 713/250-5500
SDC-State District Court Harris County Civil courthpuse, 201 Caroline, H-77002, 713/368-7150.
HC Probate Civil Court 2, Judge Mike Wood, 201Caroline suite 680, H-77002, 713/368-7150.
#46 President Joe Biden(Lunch Box), 1600 Pennsylvania Ave NW, Washington DC,20500,202/456-1414
Social Securiy(SS), 6401 Security Blvd, Baltimore MD, 21235; Commissioner Mike J Astrue.
Harris County Flood Control(HCFC), 9900 NW Hwy, H-77092; 713/684-4000. Dir Alan Black
COH Municipal Court-6, 1400 Lubbock, H-77002, 911
Public Work (flood-drainage fee-tax $1.00), 600 Walker, 25th flr, H-77002, Dir Carol Hadock
Dept of Neighborhd(DUN); 601Sawyer H-77007, Takasha Francis "she likes the action", $12,500 lien

REFUSED SIGN

MC #12 REFUSED SIGNATURE
DUN REFUSED SIGNATURE
Jacquelin Hay
ANN BENNETT REFUSED SIGN
1721 PECH
HCFC REFUSED SIGN
SS - 16200 SENATE RD. DROP BOX

SECRETARY REFUSED
FEMA - CERTIFIED
JOE BIDEN - MAIL

SPRING BRANCH
SCHOOL TAX
PROPERTY ACC #
0841380000162
PAID $83.00

RECEIVED
AUG - 2 2021
CITY SECRETARY
MAYOR TURNER

2021 AUG -2 PM 2:19
RECEIVED
HARRIS COUNTY CLERK
2021 AUG -3 PM 2:26
FILED
AFTER HOURS FILING

FDC - SERVED ON 8/5/2021
APPEALS COURT ON NEW ORLEANS
ON 8/2/ & 8/4/2021